Commonwealth *v.* Aman, Appellant.

Before FOREMAN, J.

Submitted September 8, 1975. *Donald E. Speice*, Assistant Public

Defender, for appellant; *Edward S. Newlin,* Assistant District Attorney, and *Amos C. Davis,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.